IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN HOOLIHAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 1:10-CV-1753-SCJ |
| CLAYTON COUNTY, GEORGIA, ) | |
| DAVID S. KENDLE, ) | |
| MICHAEL W. HOBBS, ) | |
| JOHN DOE, JANE DOE ) | |
| ) | |
|    Defendants. ) | |

## DEFENDANT MICHAEL W. HOBBS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Michael W. Hobbs ("this defendant"), by and through his undersigned counsel of record and, pursuant to Federal Rule of Civil Procedure 56, files this Motion for Summary Judgment. This defendant moves for summary judgment on the ground that no genuine issue of material fact exists and this defendant is entitled to judgment in his favor as a matter of law.

This motion is supported by this defendant's memorandum of law in support of his motion for summary judgment, his statement of material facts as to which there is no genuine issue to be tried, the depositions and declarations contemporaneously filed herewith, and all pleadings of record.

WHEREFORE, this defendant respectfully requests that this honorable Court grant his motion for summary judgment and dismiss with prejudice all of plaintiff's claims against him.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian R. Dempsey*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
Brian R. Dempsey
Georgia Bar No. 217596
bdempsey@fmglaw.com

661 Forest Parkway
Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendant Michael Hobbs

L:\DOCS\3000\00379\00045704.DOC

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT MICHAEL W. HOBBS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stacy Dane Barnett, Esq.
The Barnett Law Firm
181 East Main Street
Canton, Georgia 30114
Barnettlawfirm@gmail.com

Marc Avidano, Esq.
Smith Welch Webb & White, LLC
2200 Keys Ferry Court
McDonough, Georgia 30253
mavidano@smithwelchlaw.com

Andrew Gebhardt, Esq.
Smith Welch Webb & White, LLC
280 Country Club Drive, Suite 200
Stockbridge, Georgia 30281
agebhardt@smithwelchlaw.com

Rory K. Starkey, Esq.
The Starkey Law Firm, LLC
44 Broad Street, Suite 711
Atlanta, Georgia 30303
rkstarkey@ureach.com

This 18th day of August, 2011.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian R. Dempsey*
Brian R. Dempsey
Georgia Bar No. 217596
bdempsey@fmglaw.com

661 Forest Parkway
Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)